THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Eric Darien, Appellant.
 
 
 

Appeal From Jasper County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2012-UP-307
Submitted May 1, 2012 – Filed May 16, 2012    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Isaac
 McDuffie Stone III, of Bluffton, for Respondent.
 
 
 

PER CURIAM: Eric
 Darien appeals his conviction of voluntary
 manslaughter, arguing the trial court erred in denying his motion for a
 directed verdict because the evidence presented established self-defense as a
 matter of law.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.